

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00105-CV

| | | |
|---|---|---|
| Richard Clifford | § | From County Court at Law |
| v. | § | of Cooke County (CV11-00487) |
| | § | October 23, 2014 |
| Shari McCall-Gruesen, as Trustee of the Gruesen Family Trust | § | Opinion by Justice Dauphinot |

## JUDGMENT ON REHEARING

After considering the Appellant Richard Clifford's motion for rehearing, we deny the motion. We withdraw our September 4, 2014 memorandum opinion and judgment and substitute the following.

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot